## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**BRIAN DONOHOE,**
    **Petitioner**

**v.**                              **Civil Action No. 04-CV-12150-NMG**

**TAUNTON DISTRICT COURT,  et al**
    **Respondent**

### MOTION TO REQUIRE PETITIONER TO SUBMIT A PETITION IN COMPLIANCE WITH 28 U.S.C. § 2254 RULE 2(c)

The respondents respectfully requests that the Court require the petitioner, Brian Donohoe, to submit a petition that complies with Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules"), including ordering him to use the form annexed to the rules.  Rule 2(c) requires federal habeas petitioners to submit petitions in a prescribed form, include specific information, identify the grounds for relief, and be signed under oath.  See Rule 2(c).

The petitioner in this case has submitted a partial form under the rule but has failed to specify the grounds for relief or anything beyond question number 11 on the form.  In its current form, it is impossible to respond to the "petition" in the form of an answer, see Rule 5, or other responsive pleading.  The respondent therefore respectfully requests the Court order Mr. Donohoe to re-submit a complete petition pursuant to Rule 2(c).

Respectfully submitted,

THOMAS F. REILLY
Attorney General


/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

Date: February 28, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Brian Donohoe, pro se, Norfolk County House of Correction, 200 West Street, P.O. Box 149, Dedham, MA 02027, by first class mail, postage prepaid, on February 28, 2005.


/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832