

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

March 9, 2005

Craig Nicewicz,
Court Clerk for the Honorable Nathaniel Gorton
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    Donohoe v. Taunton District Court, et al
             Civil Action No. 04-12150-NMG

Dear Mr. Nicewicz:

    I write to inform you that the copy of my motion to require petitioner to submit a petition in compliance with 28 U.S.C. § 2254 Rule 2(c) (document #2) that was sent to petitioner at the Norfolk County House of Correction was returned because the petitioner is no longer there. I have not been informed of any other address for the petitioner.

    Thank you very much for your assistance.

Sincerely,

*Susanne Reardon*

Susanne Reardon
Tel. (617) 727-2200, ext. 2832