# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__Brian Donohue,__
       **Plaintiff**

    V.

__Taunton District Court, et al.,__
       **Defendant**

**CIVIL ACTION**

**NO.  04-12150-NMG**

## ORDER OF DISMISSAL

__Gorton,   D. J.__

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

__11/8/05__
**Date**

__/s/ Craig J. Nicewicz__
**Deputy Clerk**

(4mdismissal.wpd - 12/98)                                          [odism.]